IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAN,<br><br>　　　　　Defendant.　　　　　　　　　／ | No. C 10-00595 CRB<br><br>**ORDER** |

The computation for good time credit is the sole responsibility of the Bureau of Prisons. Accordingly, the motion to clarify and or modify the sentence is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 19, 2014

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\595\Order.wpd